# United States Bankruptcy Court
## District of New Jersey

In re: **Lubos Naprstek**                               Case No.: **18-33326**
                                                        Chapter: **13**
Debtor

Address: **24 Briar Court**
         **Hamburg, NJ 07419**

Employer's Tax Identification (EIN) No(s).:
Last four digits of Social Security No(s).:  **xxx-xx-5072**


## DEBTOR RESPONSE TO CREDITOR'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes Now, Debtor, Lubos Naprstek, filing this response Pro Se states the following in response to the Creditor requesting to Lift the Automatic Stay:

1) Debtor is requesting the Creditor's Motion to Lift the Automatic Stay to be denied.

2) Creditor has been served with the Court Order that is dated February 25, 2019 and signed by the Honorable Stacey L. Meisel which orders the loan modification. (see page 2)

3) The Creditor has no basis for the Request to Lift Stay due to the Court Order

Wherefore, Debtor does hereby this Honorable Court hears his prayer and will deny the Creditor's request to life the Stay imposed by the Court.


Date **March 12, 2019**                    Signature
                                           Name    **Lubos Naprstek - Debtor**
                                           Address  24 Briar Court
                                                    Hamburg, N.J. 07419