Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  18−33326−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    LUBOS NAPRSTEK
    24 BRIAR CT
    HAMBURG, NJ 07419

Social Security No.:
    xxx−xx−5072

Employer's Tax I.D. No.:

_____

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/10/19 at 10:00 AM

to consider and act upon the following:

*36* − Document re: Debtor's Objection To Creditor's Proof of Claim #1 Ditech filed by LUBOS NAPRSTEK. (dlr)

Dated: 3/13/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court