To: Judge Meisel
Bankruptcy Court

RE: 18-33326-SLM
Lubos Naprstek
Motion to Lift Automatic Stay

To Judge Meisel

I am writing this letter to you in hopes of getting a continuous for the Motion to Lift Stay that I did answer back in February 2019.

I am in the process of loan modification and am willing to file a Motion for Mediation and resubmit everything if need be. I would like the time needed to process the modification and resole this peacefully. I have let go of my current attorney Attorney David Russo and sought the help of another one who cannot enter the case until Russo has filed to remove himself. I was the understanding that Attorney Russo was going to resolve this last month to no avail as you can see.

Can you please consider continuing the hearing for Motion to Lift the Stay?

Sincerely,

*[signature]*

Lubos Naprstek - Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LUBOS NAPRSTEK
CONTINOUS FOR MOTION TO LIFT THE
AUTOMATIC STAY

U.S. BANKRUPTCY COURT
FILED

2019 APR -5 P 1: 48

JE____ _ NAUGHTON
BY_____
DEPUTY CLERK

In Re:

Motion to Lift The Automatic Stay for Real Property

Case No.: 18-33326-SLM

Adv. No.: _____

Chapter: 13

Hearing Date: 4/10/2019

Judge: Stacey L. Meisel

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____ LUBOS NAPRSTEK _____,

   ☐ am the attorney for: _____
   
   ☒ am self-represented
   
   Phone number: 917.204.4189
   
   Email address: lnaprs@hotmail.com

2. I request an adjournment of the following hearing:

   Matter: MOTION TO LIFT THE AUTOMATIC STAY
   
   Current hearing date and time: 4/10/2019
   
   New date requested: 6/13/2019
   
   Reason for adjournment request: LOAN MODIFICAION IN PROCESS

3. I request an adjournment of **Motion to Lift the Automatic Stay**

    Current **Hearing** date and time: 4/10/2019

    New date requested: n/a

    Reason for adjournment request: loan modification is in process

    Trustee payments are current through April

    The meeting of creditors under § 341(a) of the Code ☒ was conducted ☐ was not conducted

4. Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below): Cannot reach the attorney for the bank to resolve this peacefully and submit proof of laon modification docs

I certify under penalty of perjury that the foregoing is true.

Date: 4/5/2019

Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted         New hearing date: _____         ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2