| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LUBOS NAPRSTEK<br>CONTINUATION FOR CONFIRMATION<br>HEARING | U.S. BANKRUPTCY COURT<br>FILED<br><br>2019 APR -5  P 1:48<br><br>JEANNE A. NAUGHTON<br><br>BY: _____<br>DEPUTY CLERK |

| In Re:<br>LUBOS NAPRSTEK | Case No.: 18-33326-SLM |
|---|---|
| | Adv. No.: |
| | Chapter: 13 |
| | Hearing Date: 4/10/2019 |
| | Judge: STACEY L. MEISEL |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __LUBOS NAPRSTEK__,

   ☐ am the attorney for: _____

   ☒ am self-represented

   Phone number: __917.204.4189__

   Email address: __LNAPRS@HOTMAIL.COOM__

2. I request an adjournment of the following hearing:

   Matter: __CONFIRMATION HEARING__

   Current hearing date and time: __04/10/2019 @ 8:30 am__

   New date requested: __6/13/2019__

   Reason for adjournment request: __Loan modification is being processed and waiting for old Attorney to withdraw and hire a new one__ (See exhibit A attached hereto

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____04/10/2019 @ 8:30 am_____

   New date requested: _____06/13/2019_____

   Reason for adjournment request: loan modificaiton and also new attorney

   Confirmation has been adjourned __1__ previous times

   Trustee payments are current through _____April_____

   The meeting of creditors under § 341(a) of the Code ☒ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below): I have not asked the trustee for permission

I certify under penalty of perjury that the foregoing is true.

Date: 4/5/2019

Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted        New hearing date: _____        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2