| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 25, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| | Case No.:  18-33326 |
| IN RE:<br>    LUBOS NAPRSTEK | Hearing Date:  04/24/2019 |
| | Judge:  STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: April 25, 2019

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): LUBOS NAPRSTEK

Case No.: 18-33326SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 04/24/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 4/24/2019 of the plan filed on 01/14/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/15/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.