| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plaza<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08018<br>(609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial, LLC | **Order Filed on April 29, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>Lubos Naprstek,<br><br>Debtor. | Case No.: 18-33326-SLM<br>Adv. No.:<br>Hearing Date: 4/24/2019 @10:00 a.m.<br><br>Judge: Stacey L. Meisel |

### INTERIM ORDER ADJOURNING MOTION FOR RELIEF AND OBJECTION TO PROOF OF CLAIM TO MAY 22, 2019

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 29, 2019**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case 18-33326-SLM    Doc 58    Filed 04/29/19    Entered 04/29/19 14:49:08    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Lubos Naprstek
Case No.: 18-33326-SLM
Caption: **INTERIM ORDER ADJOURNING MOTION FOR RELIEF AND OBJECTION TO PROOF OF CLAIM TO MAY 22, 2019**

THESE MATTERS having been scheduled before and heard by the Court on April 24, 2019 for hearings on Ditech Financial's Motion for Relief from Stay (docket # 35) and Debtor's Objection to Proof of Claim #1 (docket # 36) and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** the Chapter 13 Trustee is hereby directed and authorized to disburse $13,469.38 from the total of $14,469.38 currently being held, to Ditech Financial, P.O. Box 0049, Palatine, IL, 60055-0049; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that said payment shall be applied to post-petition arrears that have accrued since filing, which through April 1, 2019 total $15,933.70; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor shall file a modified plan within twenty-one days of April 24, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor, or Debtor's new counsel, if any, shall file further pleadings as it relates to Debtor's Objection to Proof of Claim # 1 by May 3, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that responses, if any shall be filed no later than May 14, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that no further filings will be considered without prior leave of the Court; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the hearings on Secured Creditor's Motion for Stay Relief and Debtor's Objection to Proof of Claim, are hereby rescheduled for **Wednesday, May 22, 2019 at 10:00 a.m.**