| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plaza<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08018<br>(609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial, LLC | **Order Filed on April 29, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>Lubos Naprstek,<br><br>Debtor. | Case No.: 18-33326-SLM<br>Adv. No.:<br>Hearing Date: 4/24/2019 @10:00 a.m.<br><br>Judge: Stacey L. Meisel |

**INTERIM ORDER ADJOURNING MOTION FOR RELIEF AND OBJECTION TO PROOF OF CLAIM TO MAY 22, 2019**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 29, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:      Lubos Naprstek
Case No.:    18-33326-SLM
Caption:     **INTERIM ORDER ADJOURNING MOTION FOR RELIEF AND OBJECTION TO PROOF OF CLAIM TO MAY 22, 2019**

THESE MATTERS having been scheduled before and heard by the Court on April 24, 2019 for hearings on Ditech Financial's Motion for Relief from Stay (docket # 35) and Debtor's Objection to Proof of Claim #1 (docket # 36) and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** the Chapter 13 Trustee is hereby directed and authorized to disburse $13,469.38 from the total of $14,469.38 currently being held, to Ditech Financial, P.O. Box 0049, Palatine, IL, 60055-0049; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that said payment shall be applied to post-petition arrears that have accrued since filing, which through April 1, 2019 total $15,933.70; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor shall file a modified plan within twenty-one days of April 24, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor, or Debtor's new counsel, if any, shall file further pleadings as it relates to Debtor's Objection to Proof of Claim # 1 by May 3, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that responses, if any shall be filed no later than May 14, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that no further filings will be considered without prior leave of the Court; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the hearings on Secured Creditor's Motion for Stay Relief and Debtor's Objection to Proof of Claim, are hereby rescheduled for **Wednesday, May 22, 2019 at 10:00 a.m.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-33326-SLM
LUBOS NAPRSTEK                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 1              Date Rcvd: Apr 29, 2019
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db            +LUBOS NAPRSTEK,   24 BRIAR CT,   HAMBURG, NJ 07419-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
              Christopher F. Bagnato    on behalf of Debtor LUBOS  NAPRSTEK christopher@erikjensenlaw.com,
               mjmecf@gmail.com
              David C. Russo    on behalf of Debtor LUBOS  NAPRSTEK attorneydavidrusso@gmail.com,
               deannabuss@gmail.com;russodr84994@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6